IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DOMINIC GAGLIARDOTTO** <br> Plaintiff/Petitioner <br> vs. <br> **GOOSE LAKE DEVELOPMENT, INC. D/B/A GLD, INC., ET AL.** <br> Defendant/Respondent | Case No.: **1:20-CV-06516** <br><br> AFFIDAVIT OF SERVICE OF **SUMMONS; COMPLAINT** |

I, **Mark Edds**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered private detective or a registered employee of a private detective agency, License No. 129-317476, located at 633 Yesler Way, Seattle, WA 98104.

On the **30th day of December, 2020 at 6:02 PM**, I, **Mark Edds**, SERVED DRAGAN JOVANOVIC at **12 Lincoln St, Greenview, Cook County, IL 60025** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **DRAGAN JOVANOVIC**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **Who accepted service with direct delivery, with identity confirmed by subject saying yes when named, a brown-haired white male approx. 35-45 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.**

Service Fee Total: **$60.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

NAME: _/s/ Mark Edds_  
Mark Edds

Server ID #: 129-317476

Date: 12/30/2020



REF: **1:20cv06516**

Page 1 of 1  
Tracking #: **0062795136**